# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:01–cr–00079 |
| v. | ORDER |
| ROBERT MCKINLEY WINSTON | JUDGE NORMAN K. MOON |
| *Defendant.* | |

In accordance with the accompanying memorandum opinion, Defendant's motion to vacate (dkt. 58) is **DENIED**, and the Government's responsive motion to dismiss (dkt. 62) is **GRANTED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to counsel of record.

Entered this __11th__ day of May, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE