IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT MCKINLEY WINSTON <br><br> *Defendant.* | CASE NO. 3:01–cr–00079 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, Defendant's motion for reconsideration (dkt. 68) is **DENIED**. Defendant's motion to vacate (dkt. 58) is **DENIED**, and the Government's responsive motion to dismiss (dkt. 62) is **GRANTED**.

The Court's May 11, 2016 memorandum opinion is **REINSTATED**. (Dkt. 65). The Court issues Defendant a certificate of appealability as stated in docket entry 67.

The Clerk of the Court is hereby directed to send a certified copy of this Order to counsel of record.

Entered this  21st  day of July, 2016.

*[signature]*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE